The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CONEFF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW CINGULAR WIRELESS SERVICES, INC. f/k/a AT&T WIRELESS SERVICES, INC.) and AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC), <br><br> Defendants. | CASE NO. CV 06-0944RSM <br><br> **STIPULATION AND ORDER** |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate as follows:

## BACKGROUND

On October 15, 2007 this Court ordered consolidation of the *Papaleo* matter, Case No. C07-0659 with the pending *Coneff* matter. At the time of consolidation, Defendants' Motion to Compel Arbitration Pursuant to the Federal Arbitration Act and to Dismiss Action ("Motion To Compel Arbitration ") was and remains pending. The parties hereby stipulate that the pending Motion to Compel Arbitration shall be applicable to the newly-consolidated *Papaleo* claims. The parties understood that this was the intent of the Court in ordering consolidation of the *Papaleo* matter. The parties are submitting this Stipulation in order to clarify the procedure and schedule pertaining to the pending Motion to Compel Arbitration.

STIPULATION - 1
NO. CV 06-0944RSM

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue West
Seattle, WA 98119-4204
Tel: 206-448-1777

## MOTION STATUS

Pursuant to the parties' previous Stipulations and the Orders of the Court, discovery on behalf of the plaintiffs has been continuing. The defendants intend to submit an Amended Motion To Compel Arbitration that: a) updates the legal analysis in the previously-filed Motion in light of recent case decisions; and b) applies the legal analysis to the newly-consolidated Plaintiffs. In support of the Amended Motion, Defendants also intend to submit a Second Supplemental Declaration of Neal Berinhout correcting and providing updated information to his previously submitted Declarations. No other additional evidence or declaration will be submitted by the defendants with the Amended Motion. Defendants reserve the right to submit additional evidence, as needed, with their reply in accordance with applicable law. Plaintiffs do not object to this procedure.

Defendants shall submit these pleadings on or before February 13, 2008. Plaintiffs will submit their response to the defendants' Motion to Compel Arbitration by March 14th, 2008. Thereafter, defendants shall have ten days in which to notify the plaintiffs of their intent to seek discovery based upon the plaintiffs' submittals. If the defendants do not request discovery, their reply to the plaintiffs' response will be due by March 24, 2008. If the defendants request discovery, the parties will meet and confer regarding the defendants' discovery requests. Defendants discovery will be completed within sixty days after the meet-and-confer is completed with the understanding that plaintiffs will cooperate with the scheduling of discovery. For purposes of the discovery contemplated by this Stipulation, Plaintiffs agree that the deadlines for responding to discovery in FRCP 33, 34 and 36 will be 20 days rather than 30 days. Plaintiffs further represent that they will make any third-party declarants available for deposition in a timely manner, and will produce documents to Defendants in advance of those depositions as

STIPULATION - 2
NO. CV 06-0944RSM

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue West
Seattle, WA 98119-4204
Tel: 206-448-1777

1  needed for Defendants to prepare.  This expedited schedule for discovery has been adopted based

2  on Plaintiffs' representations and agreements, as set out herein.  Defendants reserve the right to

3  seek additional time for discovery if Plaintiffs fail to perform as agreed or represented.

4  Defendants' reply will be due ten days after completion of discovery.

5        DATED this ____ day of _____, 2008.

6                       STRITMATTER KESSLER WHELAN COLUCCIO

7

                     _____
8                       KEVIN COLUCCIO, WSBA #16245
                     PAUL L. STRITMATTER, WSBA #4532
9                       STRITMATTER KESSLER WHELAN COLUCCIO
                     200 Second Avenue West
10                      Seattle, WA  98119
                     206-448-1777
11                      206-728-2131 (fax)
                     E-mail:  kc@stritmatter.com
12                      E-mail:  pauls@stritmatter.com

13                      Bruce Simon
                     Esther L. Klisura
14                      PEARSON, SIMON, SOTER, WARSHAW
                      & PENNY, LLP
15                      44 Montgomery Street
                     Suite 1200
16                      San Francisco, California 94104-4610
                     Telephone:  (415) 433-9000
17                      Email: bsimon@psswplaw.com
                             eklisura@psswplaw.com
18

                     Harvey Rosenfield
19                      Pamela Pressley
                     FOUNDATION FOR TAXPAYER
20                       AND CONSUMER RIGHTS
                     1750 Ocean Park Boulevard, Suite 200
21                      Santa Monica, California 90405
                     Telephone:     (310) 392-0522
22                      Fax:     (310) 392-8875
                     Email: harvey@consumerwatchdog.org
23                              pam@consumerwatchdog.org

24

STIPULATION - 3
NO. CV 06-0944RSM

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue West
Seattle, WA 98119-4204
Tel: 206-448-1777

| | |
|---|---|
| 1 | Paul Bland |
|  | PUBLIC JUSTICE |
| 2 | 1825 K Street NW, Suite 200 |
|  | Washington, DC 20006 |
| 3 | Telephone:  (202) 797-8600 |
|  | Facsimile:  (202) 232-7203 |
| 4 | Email:  pbland@publicjustice.net |

Leslie Bailey
PUBLIC JUSTICE
555 12th Street
Suite 1620
Oakland, California 94607
Telephone:  (510) 622-8150
Facsimile:       (510) 622-8155
Email:  lbailey@publicjustice.net

*ATTORNEYS FOR PLAINTIFFS MARYGRACE CONEFF, CHRISTINE ASCHERO, JOANNE ASCHERO, ALEX ASCHERO, JENNIE BRAG, GINA FRANKS, AMY FRERKER, ADDIE CHRISTINE LOWRY, JEFF HAYMES, HAROLD MELENDEZ, DEVIN GILKER AND THE CLASS*

John W. Hathaway
JOHN W. HATHAWAY, PLLC
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
Telephone:     (206) 624-7100
Facsimile:       (206) 624-9292
Email:            jhathaway@seanet.com

Joseph Levi
Eduard Korsinsky
Pamela Lynam Mahon
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1601
New York, New York 10006
Telephone:     (212) 363-7500
Facsimile:       (212) 363-7171
Email:            jlevi@zlk.com
                      pmahon@zlk.com

*Attorneys for Plaintiff Michelle Jones and The Class*

John R. Connelly, Jr.

STIPULATION - 4
NO. CV 06-0944RSM

**STRITMATTER KESSLER WHELAN COLUCCIO**

200 Second Avenue West
Seattle, WA  98119-4204
Tel: 206-448-1777

|   |   |
|---|---|
| 1 | Lincoln C. Beauregard |
|   | LAW OFFICES OF JOHN CONNELLY |
| 2 | 2301 N. 30th Street |
|   | Tacoma, Washington  98403 |
| 3 | Telephone:   (253)593-5100 |
|   | Facsimile:   (253)593-0380 |
| 4 | Email:   jconnelly@connelly-law.com |
|   |          lincolnb@connelly-law.com |
| 5 |          vshirer@connelly-law.com |

*Attorneys for Plaintiff Steven Knott and The Class*

Jeffrey Foote
Ronald F. Webster
FOOTE WEBSTER PC
1515 SW Fifth Ave, Suite 808
Portland, Oregon 97201
Telephone:   (503) 228-1133
Facsimile:   (503) 228-1556
Email:       jfoote@footelaw.com
             rwebster@footelaw.com

*Attorneys for Plaintiff Leisa Krauss and The Class*

John Messina
Steve Bulzomi
MESSINA BULZOMI
5316 Orchard Street West
Tacoma, Washington 98467
Telephone:   (253) 472-6000
Facsimile:  (253) 475-7886
Email:       sbulzomi@messinalaw.com
             jmessina@messinalaw.com

Steve Garcia
GARCIA LAW FIRM
One World Trade Center, Suite 1950
Long Beach, California 90831
Telephone:   (562) 216-5270
Facsimile:   (562) 216-5271
Email:       sgarcia@lawgarcia.com

*Attorneys for Plaintiff Kelly Peterson and The Class*

Deborah Nelson
NELSON LANGER NELSON, PLLC

STIPULATION - 5
NO. CV 06-0944RSM

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue West
Seattle, WA  98119-4204
Tel: 206-448-1777

|   |   |
|---|---|
| 1 | 705 Second Avenue, 17th Floor |
|   | Seattle, Washington 98104 |
| 2 | Telephone:   (206) 623-7520 |
|   | Facsimile:   (206) 622-7068 |
| 3 |   |
|   | *Attorneys for Plaintiffs Steven Shulman and S.* |
| 4 | *Leonard Shulman and The Class* |

5   DATED this ____ day of _____, 2008.

6

7   _____
    Michael E. Kipling
    KIPLING LAW GROUP PLLC
8   3601 Fremont Avenue North, Suite 414
    Seattle, Washington 98103
9   Phone: (206) 545-0345
    Fax:          (206) 545-0350
10  E-mail:    kipling@kiplinglawgroup.com
               cannon@kiplinglawgroup.com
11             walter@kiplinglawgroup.com

12  William Cronin
    CORR CRONIN MICHELSON BAUMGARDNER &
13  PREECE LLP
    1001 Fourth Avenue, Suite 3900
14  Seattle, Washington 98154
    Telephone:   (206) 625-8600
15  Facsimile:   (206) 625-0900
    Email:       wcronin@corrcronin.com
16               jabraham@corrcronin.com
                 reception@corrcronin.com
17

18  Cynthia Hennessey
    Cingular, Inc.
19  Cynthia.hennessy@cingular.com

20  ATTORNEYS FOR DEFENDANT AT&T WIRELESS
    SERVICES, INC., CINGULAR WIRELESS
21  CORPORATION AND NEW CINGULAR WIRELESS
    SERVICES, INC.

22

23

24

STIPULATION - 6
NO. CV 06-0944RSM

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue West
Seattle, WA 98119-4204
Tel: 206-448-1777

ORDER

Pursuant to the parties' above-stated stipulation, the Court hereby orders the parties to proceed as set forth above.

DATED this 1st day of February, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

STRITMATTER KESSLER WHELAN COLUCCIO

By _____
KEVIN COLUCCIO, WSBA #16245
PAUL L. STRITMATTER, WSBA #4532
STRITMATTER KESSLER WHELAN COLUCCIO
200 Second Avenue West
Seattle, WA  98119
206-448-1777
206-728-2131 (fax)
E-mail: kc@stritmatter.com
E-mail: pauls@stritmatter.com

STIPULATION - 7
NO. CV 06-0944RSM

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue West
Seattle, WA  98119-4204
Tel: 206-448-1777